Print | Close Window

**Subject:** RE: Killing Cancer -- Not People
**From:** "Nicholas Gordon" <nicholas.gordon@kangen1atlanta.com>
**Date:** Thu, Nov 06, 2014 10:51 pm
**To:** <greg@shentonlawfirm.com>

The sale of the flash drives happen one time last year. The eBook was on the media in error. Only a few of the drives sold and there is no record of whom purchased the drives and no more drives have been sold since that one event. There is no intention of the selling of any media containing "Killing Cancer – Not People". I pose no threat to Mr. Wright in any shape, form or fashion.

I have made numerous purchases of the book in hard copy and numerous referrals to people to purchase the book.

Thanks,

Nicholas Gordon 6A
*"Team Keep It Moving! - Enthusiasm, Competence, Confidence & Certainty"*
nicholas@teamkeepitmoving.com
http://teamkeepitmoving.com
(404) 936-3312

---

**From:** greg@shentonlawfirm.com [mailto:greg@shentonlawfirm.com]
**Sent:** Wednesday, November 05, 2014 5:34 PM
**To:** nicholas.gordon@kangen1atlanta.com
**Cc:** pherao@shentonlawfirm.com
**Subject:** Killing Cancer -- Not People

Mr. Gordon,

Please see the attached letter and call me with any questions. If you have retained an attorney, please let me know his or her contact information immediately.

Many thanks,
Gregory O. Shenton


Gregory O. Shenton
Shenton Law, P.C.
The Brumby Building at Marietta Station
127 Church Street NE, Suite 360
Marietta, Georgia 30060

Phone: 678-290-6530
Fax: 678-290-6531



EXHIBIT D

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to greg@shentonlawfirm.com. Thank you.